IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-629-FDW-DCK

| NIVILLA ROCKEE CAMPBELL, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| CITY OF SHELBY, NC, JULIE McMURRAY, RICK HOWELL, SCOTT HUFFSTETLER, | ) |  |
| Defendants. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Waive Mediation Costs." (Document No. 18) filed August 31, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice.

*Pro se* Plaintiff hand-delivered a letter to the Court that has been construed as a "Motion To Waive Mediation Costs." (Document No. 18). At the same time, Plaintiff filed Notice that she chooses to participate in the Court's *Pro Se* Settlement Assistance Program ("PSAP"). <u>See</u> (Document No. 17).

Under the circumstances of this case, the Court will direct that the pending motion be denied without prejudice. Plaintiff is respectfully encouraged to confer with PSAP counsel, when that person is assigned, to discuss the issue of mediation fees, and if appropriate, for PSAP counsel to confer with opposing counsel and/or the parties' proposed mediator. The undersigned is hopeful the parties and the mediator can resolve this issue without Court intervention. If those efforts fail, Plaintiff may file a renewed motion.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion To Waive Mediation Costs." (Document No. 18) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**.

Signed: September 1, 2021

David C. Keesler
United States Magistrate Judge