# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-629-FDW-DCK

| | |
|---|---|
| NIVILLA ROCKEE CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CITY OF SHELBY, NC, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Notice Of Withdrawal Of Request For Pro Se Settlement Assistance Program" (Document No. 28) filed January 3, 2022. This "motion" has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the filing and the record, and in consultation with Judge Whitney's chambers, the undersigned will grant the request.

The "Notice Of Withdrawal…" (Document No. 28) was filed by attorney Mark A. Michael who is acting as PSAP counsel for Plaintiff. See (Document Nos. 20 and 21). Mr. Michael reports that "the parties have engaged in full and frank settlement discussions, with assistance from the undersigned, but neither plaintiff nor the undersigned believe formal mediation will resolve the case, and the expense of prepaying her portion of the mediator's fee is significant for the plaintiff." (Document No. 28, p. 1). Mr. Michael requests that the Court terminate the parties and counsel from further responsibilities pursuant to the Pro Se Settlement Assistance Program. Id.

The undersigned commends the efforts of the parties and counsel to resolve this matter through "full and frank settlement discussions" and will not require further participation in Alternative Dispute Resolution or the Pro Se Settlement Assistance Program.

**IT IS, THEREFORE, ORDERED** that the "Notice Of Withdrawal Of Request For Pro Se Settlement Assistance Program" (Document No. 28) is **GRANTED**.

**IT IS FURTHER ORDERED** that *pro se* Plaintiff shall file a response to "Defendants' Motion For Summary Judgment" (Document No. 22) on or before **January 21, 2022**.

The Clerk of Court is directed to send a copy of this Order to *pro se* Plaintiff at the address provided in Document No. 24 by certified U.S. mail.

**SO ORDERED**.

Signed: January 3, 2022

David C. Keesler
United States Magistrate Judge