IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-629-FDW-DCK

| NIVILLA ROCKEE CAMPBELL, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| CITY OF SHELBY, NC, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs Motion To File Electronically" (Document No. 37) filed February 9, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

Following consultation with the Clerk's Office and review of this Court's "Administrative Procedures Governing Filing And Service By Electronic Means" the undersigned has determined that *pro se* Plaintiff's motion should be denied. However, Plaintiff may submit a written request to receive Notices of Electronic Filing via email when new documents are filed on the electronic docket of this case.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs Motion To File Electronically" (Document No. 37) is **DENIED**.

**SO ORDERED**.

Signed: February 11, 2022

David C. Keesler
United States Magistrate Judge