FILED: March 23, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1370
(3:20-cv-00629-FDW-DCK)

_____

NIVILLA ROCKEE CAMPBELL

    Plaintiff - Appellant

v.

CITY OF SHELBY, NC; RICK HOWELL, in his Individual and Official capacity, City Manager for the City of Shelby, North Carolina; JULIE MCMURRAY, in her Individual and Official capacity, Director of Energy Services for the City of Shelby, North Carolina; SCOTT HUFFSTETLER, in his Individual and Official capacity, Natural Gas Supervisor for the City of Shelby, North Carolina

    Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

                                                      /s/ PATRICIA S. CONNOR, CLERK